UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JOSE MAES, JR., | Case No. CIV S 07-1292 GGH P |
| Petitioner, | INITIAL EX PARTE REQUEST FOR |
| vs. | EXTENSION OF TIME TO FILE |
| | JOINT SCHEDULING STATEMENT |
| LEA ANN CHRONES, Director, et al | [LOCAL RULE 6-142, SUB.(C)] |
| Respondent | |

     Pursuant to this Ex Parte Motion for an Extension of Time to File a Joint Scheduling Statement by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's joint scheduling statement will be due on September 28, 2007.

Dated: 8/28/07                /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            United States Magistrate Judge

maes1292.po