IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL JOSE MAES, JR.,

      Petitioner,                No. CIV S-07-1292 FCD GGH P

   vs.

A. HEDGPETH, Warden, et al.,

      Respondents.          ORDER

_____/

      A joint scheduling statement in this matter was filed on September 27, 2007, pursuant to the court's order filed July 30, 2007, petitioner having subsequently been granted an extension of time. After reviewing the joint statement, the court issues the following ORDERS

      1. Should petitioner choose to stand on the original petition, petitioner's counsel must so indicate to the court and must file any supplemental memorandum of points and authorities within 75 days;[1]

      2. Should petitioner elect to proceed on an amended petition of exhausted claims only, the amended petition must be filed within 75 days, along with any memorandum of points and authorities;

---

[1] To "stand on the original petition" presumes that all claims are exhausted.

1

3.  If petitioner chooses to proceed in accordance with 1 or 2 above, respondent must file an answer or dispositive motion within 60 days thereafter; petitioner must file any reply or opposition, as appropriate, within 45 days of service of respondent's responsive pleading; if respondent filed a motion, respondent will have 30 days after service of an opposition to file a reply.

4.  Should petitioner identify unexhausted claims which petitioner will seek to exhaust, petitioner shall file an amended petition within 75 days, setting forth all claims, exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state court remedies as to any claim which petitioner would seek to exhaust.  Petitioner shall move the court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the unexhausted claims within 75 days; if a stay is ultimately granted, petitioner must immediately pursue state court exhaustion, that is, within 30 days of the granting of a stay, and, upon said exhaustion in state court, within 30 days, proceed upon the amended petition in federal court.

5.  Should respondent object to any motion for a stay of proceedings by petitioner to pursue unexhausted claims, respondent must file any opposition to such a motion within 30 days of service thereof; thereafter, petitioner has 15 days to file any reply.

6.  If petitioner intends to make a motion for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a), petitioner must do so within 60 days; if respondent opposes any such motion respondent must do so within 30 days thereafter; petitioner's reply, if any, must be filed within 15 days of any opposition by respondent.

\\\\\
\\\\\
\\\\\
\\\\\
\\\\\
\\\\\

7. If petitioner chooses to move for an evidentiary hearing, petitioner must do so at the earliest appropriate opportunity; should petitioner file a motion for an evidentiary hearing, as respondent anticipates opposing any such motion, respondent must file any opposition within 30 days of service of the motion, and petitioner must file any reply within 15 days of service of any opposition.

DATED: 10/1/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
maes1292.pst