UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JOSE MAES, JR.,<br><br>      Petitioner,<br><br>      vs.<br><br> LEA ANN CHRONES, Director, et al<br><br>      Respondent | Case CIV S 07-1292 FCD GGH  P<br><br>ORDER GRANTING REQUEST FOR<br><br>EXTENSION OF TIME TO FILE FIRST<br><br>AMENDED PETITION<br><br>[LOCAL RULE 6-142, SUB.(C)] |

Pursuant to this Ex Parte Motion for an Extension of Time to File an amended petition by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's first amended petition will be due on February 22, 2008.

Dated: 02/22/08                    /s/ Gregory G. Hollows
                                   _____
                                   United States Magistrate Judge

maes1292.eot2