IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL JOSE MAES, JR.,

    Petitioner,                   No. CIV S-07-1292 FCD GGH P

    vs.

A. HEDGPETH, Warden, et al.,

    Respondents.

_____/

    Petitioner, a prisoner proceeding with appointed counsel, filed a traverse on June 5, 2008, along with a motion for permission to file a late traverse. Pursuant to the Order, filed on October 2, 2007, the traverse was due by June 2, 2008. Respondent filed a statement of non-opposition to petitioner's motion.

    Accordingly, IT IS ORDERED that petitioner's unopposed motion for permission to file a late traverse, filed on June 5, 2008 (#26), is granted, the traverse is deemed filed timely, and the matter is submitted.

DATED: 06/20/08                              /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009
maes1292.ord