UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JOSE MAES, JR., <br><br> Petitioner, <br><br> v. <br><br> A. HEDGPEHT, et al., <br><br> Respondents. | CASE NO. 07-CV-1292-BHS <br><br> ORDER DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT |

This matter comes before the Court on Petitioner Manuel Jose Maes, Jr.'s ("Petitioner") motion for relief from judgment (Dkt. 41).

On January 15, 2014, Petitioner filed a second motion for relief from judgment that raises the same issues that were in his first motion for relief from judgment. *Compare* Dkt. 38 *with* Dkt. 41.

Rule 60(b)(6) is a catch-all provision that should be used "sparingly as an equitable remedy to prevent manifest injustice." *United States v. Alpine Land & Reservoir Co.*, 984 F.2d 1047, 1049 (9th Cir. 1993).

1  In this case, Petitioner has again failed to show any manifest injustice in the
2  Court's prior rulings. Therefore, the Court **DENIES** Petitioner's motion.
3  **IT IS SO ORDERED**.
4  Dated this 17th day of September, 2014.

BENJAMIN H. SETTLE
United States District Judge